USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TASMIN WOLF,

               Plaintiff,

-v-

TIME WARNER, INC.,

               Defendant.

No. 09 Civ. 6549 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court held a pre-motion conference in the above-captioned matter on September 24, 2009 to discuss Defendant's contemplated motion to dismiss. For the reasons stated at the hearing, IT IS HEREBY ORDERED THAT Plaintiff shall submit an amended complaint by October 5, 2009. IT IS FURTHER ORDERED THAT by October 19, 2009 the parties shall submit a joint letter apprising the Court of whether Defendant intends to file a motion to dismiss and, if Defendant does so intend, proposing a briefing schedule.

SO ORDERED.

Dated:    September 24, 2009
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE