UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TAMSIN WOLF,                                          09 CIV 6549 (RJS)
                                                      ECF CASE
                Plaintiff,

        - against -                                   **AFFIDAVIT OF**
                                                      **TAMSIN WOLF**
TIME WARNER, INC.,

                Defendant.
------------------------------------x

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF NEW YORK )

   TAMSIN WOLF, being duly sworn, deposes and says:

   1.   I am the Plaintiff in the above-captioned action.

   2.   I submit this affidavit in support of my Motion for Summary Judgment on Time Warner, Inc.'s ("defendant" or "Time Warner") Eighth Affirmative Defense.

   3.   Time Warner fired me on August 6, 2007.

   4.   I filed a charge of discrimination against Time Warner with the U.S. Equal Employment Opportunity Commission on January 30, 2008.

   5.   On July 23, 2009, I filed my Complaint against Time Warner in this action.

   6.   At no time following termination of my employment did I receive any communication or inquiry from Time Warner concerning the underlying facts of or the case of *Ofodu Law Firm v. Donna Stuart*, Case No. 0516-cv-285321, before the Circuit Court of Jackson County, Missouri.

1

7.  Other than at my deposition in my case against Time Warner, at no time following the termination of my employment was I asked for any information regarding the "Ofodu" matter.

                                                      Tamsin Wolf

Sworn to before me
this 26th day of September, 2011

_____
Notary Public

JULIA J. FERNANDEZ
Notary Public, State of New York
No. 01FE6141614
Qualified in Richmond County
Term Expires February 27, 2014

2