UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMSIN WOLF

                              Plaintiff,

vs.

TIME WARNER INC.

                              Defendant.

Index No. 09-CV-06549-RJS

## DECLARATION OF BRENDA C. KARICKHOFF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Brenda C. Karickhoff, declare, under penalty of perjury, as follows:

1. I am Senior Vice President and Deputy General Counsel at Time Warner Inc. ("Time Warner").

2. I have examined documents bearing the following Bates numbers which contain my talking points for various meetings I have attended at Time Warner: TimeWarnerHC01685-86 (4/30/07 meeting), TimeWarnerHC01789-90 (7/5/07 meeting), TimeWarnerHC01713-15 (7/19/07 meeting), TimeWarnerHC00630-32 (8/6/07 meeting).

3. The handwritten markings on documents HC01685-86, HC01789-90 and HC01713-15 are Kimmberly Bulkley's markings, and not my own.

4. However the typed portion of all of the talking points described in paragraph 2 above fully and accurately reflect the substance of my comments during those meetings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2011.

                                                                                   */s/ Brenda C. Karickhoff*
                                                                                     Brenda C. Karickhoff